Horton Conrad, Appellee, v. Wright and Company, Appellant.

Gen. No. 41,524.

opinion filed March 31, 1941. Gordon, Pierce, Edmonds & Martin, for appellant; Elbridge Bancroft Pierce, of counsel; Scott, MacLeish & Falk, for appellee; George A. Newton, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. ''Not to be published in full.''